No. 404. Ex PARTE RAMÓN P. RODRÍGUEZ, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 9, 1914. Decided February 13, 1914. Bond approved. The petitioner appeared *pro se.*

No. 409. EX PARTE TULIO RODRÍGUEZ MUÑIZ, PETITIONER.—Petition for the approval of notarial bond executed by the National Surety Company on February 11, 1914. Decided February 19, 1914. Bond approved. The petitioner appeared *pro se.*

No. 421. EX PARTE FRANCISCO ACEVEDO, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 28, 1914. Decided March 2, 1914. Bond approved. The petitioner appeared *pro se.*

No. 397. EX PARTE FERNANDO E. MARTÍNEZ, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 16, 1914. Decided March 3, 1914. Bond approved. The petitioner appeared *pro se.*

No. 418.—EX PARTE GERÓNIMO CASTA FORNÉS, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 25, 1914. Decided March 10, 1914. Bond approved. The petitioner appeared *pro se.*

No. 389. EX PARTE ENRIQUE LEFEBRE, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on March 9, 1914. Decided March

10, 1914. Bond approved in the place of another bond executed by the same company on March 13, 1913. The petitioner appeared *pro se*.

———

No. 60. Ex PARTE PASCASIO FAJARDO CARDONA, PETITIONER.—Petition for the cancellation of a notarial mortgage bond executed by Rogelio Martínez Castro in Mayagüez on June 15, 1909. Decided April 8, 1914. Petition denied because of failure to follow the proceedings required by Act No. 69 of March 9, 1911, as amended by Act No. 50 of March 7, 1912. The petitioner appeared by brief *pro se*.

———

No. 368. Ex PARTE LUIS SAMALEA IGLESIAS, NOTARY PUBLIC.—Petition by the National Surety Company for the cancellation of notarial surety bond No. 2149 executed on January 21, 1913. Decided April 24, 1914. Bond ordered canceled to take effect June 24, 1914. The petitioning company filed a brief by its general agent, Mr. Harry F .Besosa.

———

No. 375. Ex PARTE MIGUEL GUZMÁN, NOTARY PUBLIC.—Petition by the National Surety Company for the cancellation of notarial bond No. 2096 executed on January 2, 1913. Decided April 24, 1914. Bond canceled to take effect June 24, 1914. The petitioner filed a brief by its general agent, Mr. Harry F. Besosa.

———

No. 400. Ex PARTE ANGEL R. DE JESÚS, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on May 7, 1914. Decided May 12, 1914. Bond approved. The petitioner appeared *pro se*.